IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KEVIN DONNERSON                                                                         PLAINTIFF
ADC # 148032

v.                          CASE NO: 2:23-CV-00183-JM-JTK

CRITTENDEN COUNTY DETENTION
CENTER, et al.                                                                          DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against the Crittenden County Detention Center are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. The Detention Center is TERMINATED as a party to this action.

Dated this 24th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE