IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KEVIN DONNERSON**                                                                                  **PLAINTIFF**

**v.**                              **Case No. 2:23-CV-00183-JM-JTK**

**CRITTENDON COUNTY DETENTION CENTER,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 2nd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE